HUGH W. MURPHY, INC., Respondent, *v.* COMMONWEALTH ASSOCIATES, INC., et al., Appellants, Impleaded with Others.

Argued February 29, 1940; decided March 15, 1940.

*Maurice Rubinger* and *Robert Jacobs* for appellants.

*Joseph Apfel* and *Irving Ginsberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.